CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN M. WHALEN,<br><br>      Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>      Defendant. | CASE NO: 2:15-CV-01963-RSM<br><br><br><br>ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C. §406(b) FEES |

THIS COURT having considered Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to 42 U.S. C. §406(b) and the record herein and good cause having been shown for entry of this Order, hereby ORDERS

1) That Plaintiff's attorney George Andre Fields is awarded a gross attorney fee of **$18,748.13,** pursuant to 42 U.S. C. §406(b).

2) Counsel shall refund to Plaintiff the prior EAJA award of $6,699.64.

3) When issuing payment to Plaintiff's attorney herein, Social Security is

ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C. §406(b) FEES-PAGE 1 OF 2  CASE 2:15-CV-01963-RSM

George Andre Fields
Invictus Legal Services
PO Box 231024
Sacramento, CA 95823
Phone: (800) 567-1556

directed to send to Plaintiff's attorney the award of **$18,748.13** made payable to Plaintiff's attorney: GA Fields, IOLTA, P.O. Box 231024 Sacramento, CA 95823.

ORDERED THIS 16th day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Presented,

/s/ GEORGE ANDRE FIELDS
Attorney for Plaintiff
PO Box 231024
Sacramento, CA 95823
Telephone: (800) 567-1556
Facsimile: (877) 327-5090
gafieldsdisabilitylaw@gmail.com

ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C. §406(b) FEES-PAGE 2 OF 2  CASE 2:15-CV-01963-RSM